# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY SCOTT WAGNER,

    Petitioner,  :  Case No. 3:22-cv-369

- vs -      District Judge Michael J. Newman
    Magistrate Judge Michael R. Merz

WARDEN, Belmont Correctional Institution,

    :

    Respondent.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. No. 12)

---

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 12) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** with prejudice. Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

    **IT IS SO ORDERED.**

March 12, 2024      s/*Michael J. Newman*
    Hon. Michael J. Newman
    United States District Judge